UNDER SEAL

IN THE DISTRICT COURT OF THE UNITED STATES
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 3:08cr42-C |
| --- | --- | --- |
| | ) | |
| vs. | ) | ORDER TO SEAL |
| | ) | INDICTMENT |
| TOLLY A. KENNON, III | ) | |

UPON MOTION of the United States of America, by and through Special Assistant United States Attorney Mark C. Moore, for the Western District of North Carolina, for an order directing that the Indictment returned in this case on March 19, 2008, and this Order be sealed, to protect the secrecy of the ongoing nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Indictment and this Order be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This 19th day of March 2008.

_____
UNITED STATES MAGISTRATE JUDGE

FILED
CHARLOTTE, N.C.
MAR 19 2008
U.S. DISTRICT COURT
W. DIST. OF N.C.