IN THE DISTRICT COURT OF THE UNITED STATES
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 3:08-cr-42-C |
|---|---|---|
| | ) | |
| vs. | ) | ORDER TO UNSEAL |
| | ) | INDICTMENT |
| TOLLY A. KENNON, III | ) | |

UPON MOTION of the United States of America, by and through Special Assistant United States Attorney Mark C. Moore, for an order directing that the Indictment returned in this case on March 19, 2008, be unsealed,

**IT IS HEREBY ORDERED** that the Indictment in Criminal Number 3:08-cr-42-C be unsealed as of Wednesday, April 2, 2008.

**SO ORDERED.**

Signed: April 2, 2008

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge