IN THE DISTRICT COURT OF THE UNITED STATES
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIM. NO.: 3:08-cr-42 |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| TOLLY A. KENNON, III | ) | |

It appearing to the Court that the Government requires certain records from the Charlotte Police Department which may be of evidentiary value in the above captioned case, which has been scheduled for trial in or around August 2009, in Charlotte, North Carolina, or at a time thereafter if so ordered.

It further appearing that these records are needed prior to trial so that they can be inspected and furnished to the defendant, in accordance with Rule 16, Federal Rules of Criminal Procedure.

The United States has consulted with opposing counsel, and they realize the need for the records and have no objections.

Accordingly, it is therefore

ORDERED that, in accordance with Rule 17(c) of the Federal Rules of Criminal Procedure, the records set forth in the attached subpoena be produced forthwith and delivered to the Government on or before June 15, 2009, in order that the records may be inspected and examined in advance of trial.

AND IT IS SO ORDERED.

_____
DAVID C. NORTON
CHIEF UNITED STATES DISTRICT JUDGE

Charleston, South Carolina

May 26, 2009