UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 3:08-cr-42 |
| | ) | |
| vs. | ) | ORDER FOR TRANSFER OF CUSTODY |
| | ) | |
| TOLLY A. KENNON, III | ) | |

This matter is before the Court on the Government's motion, filed August 14, 2009, for the transfer of custody of ARCHAVIS MOORE, USMS #19911-058, witness in the above-captioned case currently scheduled for trial on August 17, 2009.

The Court has carefully reviewed the motion, and believes that good cause has been shown to justify the temporary transfer of custody of ARCHAVIS MOORE from the United States Marshals Service to agents of the Federal Bureau of Investigation, the Charlotte Mecklenburg Police Department, and/or another designated agent for purposes of conducting interviews with the witness. The transfer shall be subject to the following conditions:

(1)  The United States Marshals Service shall allow the intermittent and periodic transfer of custody of ARCHAVIS MOORE, USMS #19911-058, to said agents on Sunday, August 16, 2009, and thereafter from time to time as needed.

(2)  When the witness is picked up from the Charlotte Mecklenburg County Jail-Central agents shall use the same security and restraints as used by the United States Marshals Service when transporting a prisoner; i.e., the witness shall be placed in handcuffs and leg shackles whenever being transported.

(3)  The only locations where the witness is to be interviewed shall be at the Federal Bureau of Investigation, Charlotte Mecklenburg Police Department, and/or the United States

Attorney's Office in Charlotte, North Carolina.

(4) ARCHAVIS MOORE shall be returned to his present place of confinement at the end of each interview.

IT IS SO ORDERED.

_____
DAVID C. NORTON
CHIEF UNITED STATES DISTRICT JUDGE

Charleston, South Carolina
August 14, 2009