IN THE DISTRICT COURT OF THE UNITED STATES
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIM. NO.: 3:08-cr-42 |
| | ) | |
| vs. | ) | |
| | ) | |
| TOLLY A. KENNON, III | ) | **ORDER** |

This matter comes before the Court pursuant to a Motion to Dismiss Indictment without prejudice filed by the Government on October 19, 2009. Based upon the facts set forth in the motion, the Court grants the Government's motion.

Accordingly,

IT IS ORDERED that the Indictment in Criminal Number 3:08-cr-42 be, and the same is, hereby dismissed without prejudice.

AND IT IS SO ORDERED.

_____
DAVID C. NORTON
CHIEF UNITED STATES DISTRICT JUDGE

Charleston, South Carolina

October 19, 2009